QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Eric Huang (pro hac vice)
erichuang@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Plaintiffs*
NANTWORKS, LLC and NANT HOLDINGS IP, LLC

George C. Lombardi (*pro hac vice*)
glombardi@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

E. Danielle T. Williams (*pro hac vice*)
dwilliams@winston.com
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

Michael A. Tomasulo (SBN: 179389)
mtomasulo@winston.com
Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

*Attorneys for Defendants*
BANK OF AMERICA CORPORATION and BANK OF AMERICA. N.A.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANTWORKS, LLC, a Delaware limited liability company, and NANT HOLDINGS IP, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation, and BANK OF AMERICA, N.A., a national banking association,<br><br>Defendants. | CASE NO. CV 20-7872-GW-PVCx<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Hon. George H. Wu |

Before this Court is the Stipulated Motion to Dismiss with Prejudice of Plaintiffs Nantworks, LLC, and Nant Holdings IP, LLC (collectively, "Plaintiffs" or "NantWorks") and Defendants Bank of America Corporation and Bank of America, N.A. (collectively, "Defendants" or "Bank of America") ("NantWorks" and "Bank of America" together as the "Parties). The Court, having reviewed the Stipulated Motion, and for good cause shown, is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that NantWorks's allegations of infringement relating to the '038 Patent (including Count III of its First Amended Complaint), and associated claims for damages, are dismissed with prejudice.

It is further **ORDERED** that Bank of America's counterclaims for declaratory judgment of non-infringement and invalidity of the '038 Patent (including Counts Five and Six in Bank of America's Answer to First Amended Complaint, Affirmative Defenses, and Counterclaims) are dismissed with prejudice.

It is further **ORDERED** that each party bears its own fees and costs as to the dismissed claims, but the parties still have the right to seek attorneys' fees (e.g., under 35 U.S.C. § 285) and costs for the remaining claims in this case upon adjudication of all the remaining claims.

The Court retains jurisdiction over the Parties to enforce the terms of the Stipulated Motion and this Order.

DATED: February 9, 2022            By  _____
                                       Honorable George H. Wu
                                       United States District Judge