| | | |
|---|---|---|
| 1 | QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP | WINSTON & STRAWN LLP |
| 2 | Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com | George C. Lombardi (pro hac vice)<br>glombardi@winston.com |
| 3 | Todd M. Briggs (Bar No. 209282)<br>toddbriggs@quinnemanuel.com | 35 West Wacker Drive<br>Chicago, IL 60601-9703 |
| 4 | Brice C. Lynch (Bar No. 288567)<br>bricelynch@quinnemanuel.com | Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700 |
| 5 | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065 | E. Danielle T. Williams (pro hac vice) |
| 6 | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | dwilliams@winston.com<br>300 South Tryon Street, 16th Floor |
| 7 | | Charlotte, NC 28202 |
| 8 | Eric Huang (*pro hac vice*)<br>erichuang@quinnemanuel.com | Telephone: (704) 350-7700<br>Facsimile: (704) 350-7800 |
| 9 | 51 Madison Avenue, 22nd Floor<br>New York, New York 10010 | Diana Hughes Leiden (SBN: 267606) |
| 10 | Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 | dhleiden@winston.com<br>333 S. Grand Avenue, 38th Floor |
| 11 | James R. Asperger (Bar No. 83188) | Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700 |
| 12 | jimasperger@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor | Facsimile: (213) 615-1750 |
| 13 | Los Angeles, CA 90017-2543<br>Telephone: (213) 443-3000 | |
| 14 | Facsimile: (213) 443-3100 | |
| 15 | Attorneys for Plaintiffs | Attorneys for Defendants |
| 16 | NANTWORKS, LLC and NANT<br>HOLDINGS IP, LLC | BANK OF AMERICA<br>CORPORATION AND BANK OF<br>AMERICA, N.A. |

Case No. 2:20-cv-7872-GW-PVC

JOINT STIPULATION AND MOTION TO DISMISS CLAIMS WITH PREJUDICE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANTWORKS, LLC, a Delaware limited liability company, and NANT HOLDINGS IP, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation, and BANK OF AMERICA, N.A., a national banking association,<br><br>Defendants/Counter-Plaintiffs. | CASE NO. CV 20-7872-GW-PVCx<br><br>**ORDER ON JOINT MOTION TO DISMISS COUNTS VI, X & XI OF THE FIRST AMENDED COMPLAINT AND COUNTS XI & XII OF DEFENDANTS' COUNTERCLAIMS** |

Having reviewed the Joint Stipulation and Motion to Dismiss Counts VI, X, and XI of Plaintiffs' First Amended Complaint and Counts XI and XII of Defendants' Counterclaims, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in an effort to narrow the case, **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' claim for infringement of the '897 Patent, Dkt. 40, Count VI, and Defendants' counterclaims for declaratory judgment of non-infringement and invalidity of the '897 Patent, Dkt. 99, Counts XI and XII, are hereby dismissed with prejudice.

2. Plaintiffs' claims for violation of the Defend Trade Secrets Act and for misappropriation of trade secrets under California law, Dkt. 40, Counts X & XI respectively, are dismissed with prejudice.

3. This Order is not an adjudication on the merits of any of the claims or counterclaims that are hereby dismissed with prejudice.

4. The Parties will each bear their own costs and fees with respect to the dismissed claims or counterclaims, and this stipulation and dismissal will not be used by either party in this litigation.

**IT IS SO ORDERED.**

DATED: January 26, 2024

HON. GEORGE H. WU,
United States District Judge