| | |
|---|---|
| 0QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Todd M. Briggs (Bar No. 209282)<br>toddbriggs@quinnemanuel.com<br>Brice C. Lynch (Bar No. 288567)<br>bricelynch@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>James R. Asperger (Bar No. 83188)<br>jimasperger@quinnemanuel.com<br>Rachael McCracken<br>rachaelmccracken@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
Eric Huang (*pro hac vice*)
erichuang@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Plaintiffs
NANTWORKS, LLC and NANT HOLDINGS IP, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANTWORKS, LLC, a Delaware limited liability company, and NANT HOLDINGS IP, LLC, a Delaware limited liability company,<br><br>  Plaintiffs,<br><br>  vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation, and BANK OF AMERICA, N.A., a national banking association,<br><br>  Defendants. | CASE NO. 2:20-cv-7872-GW-PVC<br><br>**DECLARATION OF BRICE C. LYNCH IN SUPPORT OF NANTWORKS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGEMENT REGARDING PLAINTIFFS' FAILURE TO COMPLY WITH 35 U.S.C. § 287(a)** |

I, Brice C. Lynch, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted before this Court. I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiffs NantWorks LLC and Nant Holding IP, LLC ("NantWorks"). I have personal knowledge of the facts set forth in this declaration, and if called as a witness I would testify competently to those facts.

2. Exhibit A attached hereto is a true and correct copy of NANT_BOA00150428 produced by NantWorks in this action. This was designated "Highly Confidential – Attorney Eyes Only."

3. Exhibit B attached here to is a true and correct copy of NANT_BOA00125088 produced by NantWorks in this action. This was designated "Highly Confidential – Attorney Eyes Only."

4. Exhibit C attached hereto is a true and correct copy of BOFA00900019 produced by NantWorks in this action. This was designated "Highly Confidential – Attorney Eyes Only."

5. Exhibit D attached hereto is a true and correct copy of BOFA00912293 produced by NantWorks in this action. This was designated "Highly Confidential – Attorney Eyes Only."

6. Exhibit E attached hereto is a true and correct copy of a screenshot of the webpage https://nantmobile.com/patents.

7. Exhibit F attached hereto is a true and correct copy of a screenshot of the webpage https://web.archive.org/web/20190709073326/https://nantmobile.com/patents.

8. Exhibit G attached hereto is a true and correct copy of Bank of America's July 23, 2021 First Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories. This was designated "Highly Confidential – Attorney Eyes Only."

9. Exhibit H attached hereto is a true and correct copy of the January 1,

1. 2012 Information Disclosure Statement by Applicant filed in U.S. Patent Application No. 13/342,072, retrieved from https://patentcenter.uspto.gov/.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed in Walnut Creek, California, on July 18, 2024.

By  /s/ Brice C. Lynch
    Brice C. Lynch