QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
Eric Huang (*pro hac vice*)
erichuang@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Plaintiffs*
NANTWORKS, LLC and NANT
HOLDINGS IP, LLC

George C. Lombardi (pro hac vice)
glombardi@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

E. Danielle T. Williams (pro hac vice)
dwilliams@winston.com
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

*Attorneys for Defendants*
BANK OF AMERICA CORPORATION
and BANK OF AMERICA, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANTWORKS, LLC, a Delaware limited liability company, and NANT HOLDINGS IP, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation, and BANK OF AMERICA, N.A., a national banking association,<br><br>Defendants. | CASE NO. CV 20-7872-GW-PVCx<br><br>**FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 54(B) AND FOR STAY PENDING APPEAL**<br><br>Judge: Hon. George H. Wu<br>Ctrm: 9D |

1  The Court, having read and considered the Joint Motion for Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b) and for Stay Pending Appeal (Dkt. 737), and for good cause appearing, HEREBY ORDERS, ADJUDGES, and DECREES that:

2. 1. Pursuant to the July 28, 2025 Final Order (Dkt. 725), the Court has adjudicated the non-infringement of U.S. Patent Nos. 7,881,529, 7,899,252, 8,478,036, 9,031,278, and 9,324,004, and the invalidity of U.S. Patent No. 7,899,252. For the reasons set forth by the parties in the Joint Motion (Dkt. 737) and the Court's Final Ruling on the Joint Motion (Dkts. 738, 739), there is no just reason for delay as to the entry of a final and appealable judgment on these issues, and Final Judgment on these issues is appropriate pursuant to Fed. R. Civ. P. 54(b);

2. Final judgment is hereby entered in Defendants Bank of America Corp. and Bank of America N.A.'s ("Defendants") favor on Plaintiffs NantWorks LLC and Nant Holdings IP, LLC's ("NantWorks") claims related to Infringement of U.S. Patent Nos. 7,881,529 (Count I), 7,899,252 (Count II), 8,478,036 (Count V), 9,031,278 (Count VII), and 9,324,004 (Count VIII) (Dkt. 40);

3. Final judgment is also hereby entered in Defendants' favor on Defendants' counterclaims of non-infringement related to U.S. Patent Nos. 7,881,529 (Counterclaim 1), 7,899,252 (Counterclaim 3), 8,478,036 (Counterclaim 9), 9,031,278 (Counterclaim 13), and 9,324,004 (Counterclaim 15), as well as on Defendants' counterclaim of invalidity related to U.S. Patent No. 7,899,252 (Counterclaim 4) (Dkt. 99);

4. For the reasons set forth by the parties in the Joint Motion (Dkt. 737) and the Court's Final Ruling on the Joint Motion (Dkts. 738, 739), further proceedings on NantWorks' breach of contract claim (Count XII) (Dkt. 40) are hereby STAYED pending resolution of any appeal from this Final Judgment;

5. For the reasons set forth by the Court's Final Ruling on the Joint Motion (Dkts. 738, 739), Defendants' Counterclaims 2, 10, 14, and 16 (Declaratory

Judgments of Invalidity re U.S. Patent Nos. 7,881,529, 8,478,036, 9,031,278, and 9,324,004) (Dkt. 99) are dismissed as moot, without prejudice to Defendants' rights to reassert these Counterclaims in the event the United States Court of Appeals for the Federal Circuit should remand from this Final Judgment.

6. The time for any party to file a motion or request for attorneys' fees or costs pursuant to Fed. R. Civ. P. 54(d), L.R. 54-2.1, L.R. 54-7, and L.R. 54-8 is EXTENDED to 30 days following final judgment and/or dismissal of all counts in this Action including the count stayed in paragraph 4 above.

Dated: October 3, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE